IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02005-RPM

RETAMCO OPERATING, INC.,

    Plaintiff,

v.

DOUGLAS B. McCALLUM, LLC,

    Defendant.

---

## ORDER SETTING SECOND SCHEDULING CONFERENCE

---

Upon review of Defendant's Status Report [7], filed on April 11, 2008, it is

ORDERED that a second scheduling conference will be held on **May 15, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: April 17th, 2008

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge