IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02005-RPM

RETAMCO OPERATING, INC.,

    Plaintiff,

v.

DOUGLAS B. McCALLUM, LLC,

    Defendant.

---

ORDER DENYING MOTION TO STAY

---

On June 2, 2008, the plaintiff filed a motion to stay proceedings, based upon its Petition for Review in the Supreme Court of Texas, seeking reversal of the dismissal of the action brought in that state on the same claims that are asserted in this case. The defendant on June 2, 2008, filed a motion for summary judgment based on the statute of repose. The plaintiff also filed a motion to shorten time for a response to the motion to stay proceedings, asserting that response to the motion for summary judgment is due June 23, 2008, and that the issues are legally and factually complex. The Court, having reviewed the motion for summary judgment, disagrees with that characterization. Because substantial interests are affected by the lis pendens the plaintiff has filed, and because the applicability of the statute of repose may be addressed now and because the only issue before the Texas Supreme Court is personal jurisdiction for the action against Douglas B. McCallum, LLC, in that jurisdiction and further delay would be occasioned by proceedings again in the trial court, it is now

ORDERED that the plaintiff's motion to stay and motion to shorten time for a response are denied.

Dated:  June 5th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge