IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02005-RPM

RETAMCO OPERATING, INC.,

    Plaintiff,

v.

DOUGLAS B. McCALLUM, LLC,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    This civil action was filed in this court on September 25, 2007. At a scheduling conference held on January 18, 2008, it became clear that the filing of this action was a protective measure in that the plaintiff's claims here were previously made in an action in a district court in the State of Texas after the dismissal by that court on the grounds of lack of personal jurisdiction over Douglas B. McCallum, LLC. This Court determined to proceed here even though there was an appeal pending in the Supreme Court of Texas. The defendant filed a motion for summary judgment based on the statute of repose, on June 2, 2008, asserting that under either Texas or Colorado law, the action was barred. That issue was briefed and the motion remains pending. On March 13, 2009, the plaintiff filed a motion to stay and dismiss, based upon the judgment and opinion of the Supreme Court of Texas reversing the order of the trial court and remanding the case to the district court for trial. The defendant on March 23, 2009, filed opposition to that motion, arguing that *Younger* abstention is not appropriate. The plaintiff filed a reply on

March 31, 2009, advising that the judgment of the Texas Supreme Court has become final and asserting therefore that dismissal is the appropriate order.  Upon review of the pleadings and the underlying record in this court, the issues in this case involve claims arising out of orders of the state court in Texas in related litigation and the underlying properties are oil and gas leases in Texas.  Abstention is proper in this case under fundamental principles of comity in that the issues involve the integrity of the judicial process in Texas and that state's interest in the title to real property in that state.  Accordingly, it would be inappropriate for this court to rule on the questions raised in the defendant's motion for summary judgment.  It is therefore

ORDERED that this civil action is dismissed without prejudice.

Dated: April 8th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge